CLERK OF CLERK

# UNITED STATES DISTRICT COURT
## ORLANDO DIVISION

GREGORY C. POARCH,
   PLAINTIFF,                                    JAN 24, 2026

V.                                  CASE NO.: 6:26-CV

STATE OF FLORIDA, ET. AL,
   DEFENDANTS,

PROVIDED TO GULF C.I. MAILROOM FEB 03 2026  6P MH

---

### NOTICE OF INTENT TO SUE

TO: STATE OF FLORIDA, ET. AL,

PLEASE TAKE JUDICIAL NOTICE: PURSUANT TO §766.106 & §768.28 FLA. STAT. THAT THE UNDERSIGNED DOES INTEND TO FILE A CIVIL COMPLAINT, AGAINST: STATE OF FLORIDA, ET AL.

IN ACCORDANCE WITH §§ 766.106 & §768.28 FLA. STAT. I HEREBY REQUEST & REGISTER THIS COMPLAINT WITH YOUR OFFICE; PURSUANT TO ALL APPLICABLE LAW DEALING WITH THE REQUISITE STATUTORY NOTICE, I HEREBY REQUEST ALL DISCOVERABLE INFORMATION IN THE POSSESSION OF OR OBTAINED BY YOUR OFFICE; TO BE MADE, AVAILABLE WITHOUT FORMAL DISCOVERY SAID INFORMATION IS TO BE FORWARDED BY U.S. MAIL TO THE ABOVE ADDRESS: GREGORY C. POARCH @ 500 IKE STEELE ROAD WEWAHITCHKA, FLORIDA 32465-0010 "IN ITS ENTIRETY"

THE UNDERSIGNED INTENDS TO FILE SUIT BASED UPON THESE FACTS: "FALSE IMPRISONMENT" SEE CIRCUIT COURT JUDICIAL CIRCUIT COURT IN AND FOR HERNANDO, COUNTY, FLORIDA, FOR RELIEF SOUGHT IN THE NAME OF JUSTICE, JUSTICE DELAYED IS JUSTICE DENIED @ $50,000,000.00 IN PUNITIVE DAMAGES "IN ITS ENTIRETY" "ALL JUDICIAL ACTS" ARE "UNLAWFUL IN ITS ENTIRETY" TO WIT: "FALSE IMPRISONMENT" "BEYOND ANY REASONABLE DOUBTS"

= CLERK OF COURT =

UNITED STATES DISTRICT COURT — 2 of 2 PAGES

SWORN AFFIDAVIT UNDER OATH F.S.A. §92.525(2021)

I, GREGORY C. POARCH IN PROPER PERSONA, UNDER PENALTY OF PERJURY, "ALL" "STATEMENTS" "ARE" "TRUE" "CORRECT" AND "COMPLETE," "IN ITS ENTIRETY" THE FOREGOING MAY THIS COURT WAIVE ANY FEES FOR FILING DUE TO THE "UNLAWFUL IMPRISONMENT" PENDING IN CIRCUIT COURT, IN AND FOR HERNANDO COUNTY, FLORIDA. I APPRECIATE WHAT YOU CAN DO. THANK YOU, GREGORY, FILED ON THIS 24TH DAY OF JAN 2026. MAILBOX RULE INVOKED THIS 24TH DAY OF JANUARY, 2026.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, THE FOREGOING HAS BEEN SENT VIA U.S. MAIL TO CLERK OF COURT, AND THE STATE OF FLORIDA @ CLERK OF COURT HERNANDO COUNTY FL. 20 N. MAIN STREET, BROOKSVILLE, FLORIDA 34601 - (352-754-4201 ON THIS 24TH DAY OF JANUARY FLORIDA, 2026) MAILBOX RULE INVOKED THIS 24TH DAY OF JANUARY, 2026. ALREADY SERVED IN COURT TODAY. THANK YOU,

RESPECTFULLY SUBMITTED,
Gregory C Poarch
GULF C.I. MAIN STREET
500 IKE STEELE ROAD
WEWAHITCHKA, FLA 32465-0010