MR GREGGORY G BRINER #Q13422 B1-111-UPPER
GULF C.I. MAIN UNIT SOOLKE STEELE ROAD
WEWAHITCHKA FLORIDA 32465-0010

Mailed from Correctional Facility

FIRST-CLASS
US POSTAGE (IM) PITNEY BOWES
ZIP 32465
02 7H
0006198683
$ 000.74⁰
FEB 03 2026

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
401 W. CENTRAL BLVD SUIT 1200
ORLANDO, FLORIDA. 32801-0120

THIS LETTER ORIGINATED AT GULF CORRECTIONAL INSTITUTION

02/13

THIS LETTER
ORIGINATED AT
GULF CORRECTIONAL
INSTITUTION

PROVIDED TO GULF CI
MAILROOM

FEB 03 2026

INMATE'S INITIALS
OFFICER'S INITIALS MH